Attorney Service—Northern District of Florida, U.S. Attorney's Office, Pensacola, FL, for Respondent-Appellee

Before TJOFLAT, NEWSOM and BLACK, Circuit Judges.

PER CURIAM:

Kenneth Baxley appeals the denial of his motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255, asserting that his two prior convictions for Georgia burglary do not qualify as predicate offenses under the Armed Career Criminal Act (the ACCA). After review, we affirm.[1]

Baxley's appeal hinges on the proposition that Georgia's burglary statute is indivisible. Baxley acknowledges the issue was decided against him in *United States v. Gundy*, 842 F.3d 1156 (11th Cir. 2016), *cert. denied*, —— U.S. ——, 138 S.Ct. 66, 199 L.Ed.2d 47 (2017). In *Gundy*, our Court held the Georgia burglary statute under which Baxley was convicted is divisible because "the Georgia prosecutor must select and identify the locational element of the place burgled—whether the place burgled was a dwelling, building, railroad car, vehicle, or watercraft—[ ] the hallmark of a divisible statute." *Id.* at 1167. A petition for certiorari was pending when Baxley appealed, and his opening brief acknowledges the appeal was taken in anticipation of a favorable decision by the Supreme Court.

The Supreme Court has, however, since denied certiorari. Under our Court's prior panel precedent rule, "a prior panel's holding is binding on all subsequent panels unless and until it is overruled or undermined to the point of abrogation by the Supreme Court or by this court sitting en banc." *United States v. Archer*, 531 F.3d 1347, 1352 (11th Cir. 2008). We cannot

entertain Baxley's argument that *Gundy* was incorrectly decided because we have "categorically reject[ed] any exception to the prior panel precedent rule based upon a perceived defect in the prior panel's reasoning or analysis as it relates to the law in existence at that time." *Smith v. GTE Corp.*, 236 F.3d 1292, 1303 (11th Cir. 2001). *Gundy* controls, and the judgment of the district court is **AFFIRMED.**

Martin SIEGEL, on behalf of himself and all others similarly situated, Stephen Powell, on behalf of himself and all others similarly situated, Henryk J. Jachimowicz, on behalf of himself and all others similarly situated, Laura Greenberg Gale, on behalf of herself and all others similarly situated, Carla Dahl, on behalf of herself and all others similarly situated, et al., Plaintiffs-Appellees,

v.

**DELTA AIR LINES, INC., Airtran Airways, Inc., Defendants-Appellants.**

No. 16-16401; 17-11733

United States Court of Appeals, Eleventh Circuit.

(March 9, 2018)

Kevin Russell, Goldstein & Russell, PC, Bethesda, MD, Jeffrey S. Abraham, Abraham Fruchter & Twersky, LLP, New

---

York, NY, Gregory K. Arenson, Robert N. Kaplan, Kaplan Fox & Kilsheimer, LLP, New York, NY, Martin D. Chitwood, Craig Gordon Harley, Chitwood Harley Harnes, LLP, Atlanta, GA, Cale H. Conley, Conley Griggs Partin, LLP, Atlanta, GA, David Howard Flint, Michelle Roback Kraynak, Schreeder Wheeler & Flint, LLP, Atlanta, GA, Jared W. Heald, Bovis Kyle & Burch, Atlanta, GA, Robert Austin Klinck, Kellogg Hansen Todd Figel & Frederick, PLLC, Washington, DC, Dan Kotchen, Daniel L. Low, Kotchen & Low, LLP, Washington, DC, R. Bryant McCulley, R. Bryant McCulley, McCulley McCluer, PLLC, Jacksonville, FL, Linda P. Nussbaum, Nussbaum Law Group, PC, New York, NY, Robert S. Wood, Gordon C. Rhea, P.C., MT Pleasant, SC, for Plaintiffs-Appellees Martin Siegel, Stephen Powell, Henryk J. Jachimowicz, Laura Greenberg Gale, Carla Dahl

Dan Kotchen, Daniel L. Low, Kotchen & Low, LLP, Washington, DC, R. Bryant McCulley, R. Bryant McCulley, McCulley McCluer, PLLC, Jacksonville, FL, David Terry

Dan Kotchen, Daniel L. Low, Kotchen & Low, LLP, Washington, DC, R. Bryant McCulley, McCulley McCluer, PLLC, Jacksonville, FL, for Avery Insurance Group, Inc.

Randall Allen, Samuel Reed Rutherford, Alston & Bird, LLP, Atlanta, GA, James P. Denvir, Scott Gant, Michael Scott Mitchell, Boies Schiller & Flexner, LLP, Washington, DC, Thomas W. Rhodes, William Parker Sanders, Smith Gambrell & Russell, LLP, Atlanta, GA, for Defendant-Appellant Delta Air Lines, Inc.

Alden L. Atkins, David Smith, Vinson & Elkins, LLP, Washington, DC, Roger W. Fones, Morrison & Foerster, LLP, Washington, DC, Thomas W. Rhodes, William Parker Sanders, Smith Gambrell & Russell, LLP, Atlanta, GA, for Defendant-Appellant Airtran Airways, Inc.

Allison M. Zieve, Public Citizen Litigation Group, Washington, DC, for Amici Curiae Public Citizen, National Consumer Law Center

Scott Eliot Perwin, Kenny Nachwalter, PA, Miami, FL, for Amicus Curiae American Antitrust Institute

Before WILSON and DUBINA, Circuit Judges, and GOLDBERG,* Judge.

PER CURIAM:

After careful review and with the benefit of oral argument, we affirm based on the well-reasoned decision of the district court, dated March 28, 2017.

**AFFIRMED.**